**Raphael MENDEZ, Appellant,**

v.

**BUREAU OF PRISONS; M. Haugen; M. Stalker; FMC Rochester, Appellees.**

No. 09–3972.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 19, 2010.

Filed: Aug. 24, 2010.

---

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

Raphael Mendez, Rochester, MN, pro se.

Ana H. Voss, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellees.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Raphael Mendez, an involuntarily committed federal detainee who is confined at the Federal Medical Center in Rochester, Minnesota, appeals the district court's [1] denial of his 28 U.S.C. § 2241 petition for a writ of habeas corpus, and its denial of his judicial-disqualification motion. Upon careful review, we conclude that the district court properly denied Mendez's motion to disqualify, *see Am. Prairie Constr. Co. v. Hoich,* 560 F.3d 780, 789 (8th Cir. 2009) (standard of review); and, for the reasons relied upon by the district court, we conclude that Mendez is not entitled to habeas relief, *see Mitchell v. U.S. Parole Comm'n,* 538 F.3d 948, 951 (8th Cir.2008) (per curiam) (standard of review). The judgment is affirmed. *See* 8th Cir. R. 47B.

[1]. The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.